In re Smedvig Tankships Ltd. et al.; K.S. Smedvig Tankers V; Smedvig Tank-ship Management Ltd.; Smedvig Tank-ships A.S. a/k/a; Smedvig Tankrederi A.S.; Peder Smedvig A.S.; Peder Smedvig Singapore Pte. Ltd.; K.S. Smedviog Tankers VI; Smedvig Tankships (Agencies) Ltd.;— Defendants; Applying for Writ of Certio-rari and/or Review, Parish of Plaquemines, 25th Judicial District Court Div. B, No. *118 38-719; to the Court of Appeal, Fourth Circuit, No. 2000-CA-1120.
Denied.